UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

                Plaintiffs,                      **ORDER**
                                                         22-MJ-1005

  - against -

KARA STERNQUIST

       Defendant.
------------------------------------------------------------x

**BULSARA, United States Magistrate Judge:**

1. The U.S. Marshals and the BOP shall allow anyone from the FDNY, including but not limited to Allegra Glashausser, Vivianne Guevara, and Jesse Ryan, to visit Ms. Sternquist in any hospital where she is admitted for treatment, including the Brooklyn Hospital Center, for the duration of her hospitalization.

2. The request for an order directing the MDC and any hospital to give defense counsel copies of Ms. Sternquist's medical records is denied without prejudice to renewal.  At any visit authorized by paragraph (1) one of this Order, defense counsel should seek to obtain verbal or written authorization and permission from Ms. Sternquist to obtain her medical records.  Any verbal authorization can be documented by counsel in a declaration submitted to the Court.  Should counsel obtain such authorization, the Court will then order release of medical records.  If authorization cannot be obtained due to the nature of Ms. Sternquist's medical condition, counsel can renew the application and provide citation to any authority to order release of medical information under HIPAA or other applicable authority.  If Ms. Sternquist has already given authorization,

counsel may renew the application immediately without proceeding to visit her, by submitting a declaration to that effect.

s/ Sanket J. Bulsara 9/27/2022

SANKET J. BULSARA
United States Magistrate Judge

Brooklyn, New York
September 27, 2022