```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

-------------------------------X Docket#
UNITED STATES OF AMERICA,      : 22-mj-01005(RLM)
                               :
                               :
   - versus -                  : U.S. Courthouse
                               : Brooklyn, New York
KARA STERNQUIST,               :
                               : September 15, 2022
              Defendant        : 3:19 p.m.
-------------------------------X
```

### TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
#### BEFORE THE HONORABLE ROANNE L. MANN
#### UNITED STATES MAGISTRATE JUDGE

**A  P  P  E  A  R  A  N  C  E  S:**

**For the Government**:        **Breon S. Peace, Esq.**
                               United States Attorney


                               BY:  **Andres Palacio, Esq.**
                               Assistant U.S. Attorney
                               271 Cadman Plaza East
                               Brooklyn, New York 11201




**For the Defendant**:         **Denis P. Kelleher, Esq.**
                               Talkin, Muccigrosso & Roberts
                               40 Exchange Place, 18th Floor
                               New York, NY 10005




**Transcription Service**:     **Transcriptions Plus II, Inc.**
                               61 Beatrice Avenue
                               West Islip, New York 11795
                               RL.Transcriptions2@gmail.com

Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

2

Proceedings

1          THE CLERK:  This is Criminal Cause for an

2    Arraignment on the complaint, *USA v. Kara Sternquist*.

3    The case number is 22-1005-M.

4          May I have the parties state their name for the

5    record?  Appearing for the government?

6          MR. PALACIO:  Your Honor, Andy Palacio on

7    behalf of the United States.  Good afternoon, everyone.

8    With me is Cory Bargerman (phonetic), legal intern.

9          THE COURT:  Welcome.

10          THE CLERK:  Thank you.  And appearing for Ms.

11    Sternquist?

12          MR. KELLEHER:  Good afternoon, your Honor.

13    Denis Kelleher; Talkin, Muccigrosso & Roberts, 40

14    Exchange Place, New York, New York for the defendant.

15          THE CLERK:  Thank you very much.  Okay, Judge.

16          THE COURT:  All right.  And I see the defendant

17    is present.

18          Is Inspector Schwartz here?

19          INSP. SCHWARTZ:  Yes, your Honor.

20          THE COURT:  Is that your signature on Page 11

21    of the complaint?

22          INSP. SCHWARTZ:  Yes, it is, your Honor.

23          THE COURT:  Would you raise your right hand?

24      (Inspector Schwartz, witness, swore to the complaint)

25          THE COURT:  The complaint is approved.

Transcriptions Plus II, Inc.

3

Proceedings

1          Ms. Sternquist, the purpose of this proceeding

2    is to make sure you understand what crime you're charged

3    with, to make sure you understand you have a right to be

4    represented by an attorney, and to address the question

5    of whether you should be released on bail or held in

6    jail.  You're not required to make a statement about the

7    offense.  Even if you've already done so, you don't have

8    to make any further statement.  If you start to make a

9    statement, you can stop at any time.  Any statement that

10   you do make other than one you make privately to your

11   attorney can be used against you.  Do you understand

12   that?

13          THE DEFENDANT:  Yes, your Honor.

14          THE COURT:  Have you seen the complaint that's

15   been filed against you?

16          THE DEFENDANT:  Yes, your Honor.

17          THE COURT:  The complaint alleges that between

18   December 1, 2021 and today's date you with wrongful and

19   fraudulent intent did use, buy, and obtain fraudulent

20   badges and identification documents for multiple federal

21   law enforcement agencies.

22          You understand that that's the charge in which

23   you've been arrested?

24          THE DEFENDANT:  Yes, your Honor.

25          THE COURT:  I'm informed that you've retained

4

Proceedings

1  Mr. Kelleher to represent you as your attorney in

2  connection with this charge.

3          I want you to know that if you cannot afford to

4  continue to retain counsel, the Court will appoint an

5  attorney to represent you at no charge to you.  Do you

6  understand that?

7          THE DEFENDANT:  Yes, your Honor.

8          THE COURT:  Mr. Kelleher, have you reviewed the

9  complaint with Ms. Sternquist?

10          MR. KELLEHER:  Yes, I have, your Honor.  We

11 would waive its public reading.

12          THE COURT:  And have you advised her of her

13 rights?

14          MR. KELLEHER:  I have, I have.

15          THE COURT:  Have you talked with her about

16 whether or not she's prepared to waive a preliminary

17 hearing?

18          MR. KELLEHER:  We will waive till the 30th day,

19 your Honor.

20          THE COURT:  All right.  And I understand that

21 she has asked to have a bail hearing put on for next

22 Tuesday morning?

23          MR. KELLEHER:  Wednesday morning.

24          THE COURT:  Oh, Wednesday.  I'm sorry, yes,

25 September 21st at 11 a.m.

5

Proceedings

1    MR. KELLEHER:  That's correct, your Honor.  The

2  government is seeking detention.  I am not at this

3  juncture prepared to offer any sort of bail package to

4  the Court and we would request the 21st at 11 for a

5  detention hearing.

6    THE COURT:  I misspoke.  I had written down the

7  21st.  I said Tuesday.  But the matter is on for

8  Wednesday, September 21st at 11 a.m. before the duty

9  magistrate judge.

10    In a moment I'll do a Rule 5(f) order.  Is

11  there anything else that we need to address before I do

12  that?

13    MR. KELLEHER:  The only issue, your Honor, is

14  my client has some serious medical issues.  She's

15  indicated to me that she's had spinal cord surgery

16  recently and she's got no feeling basically in her lower

17  extremities.  She's supposed to be in a wheelchair.  So I

18  think there's going to need to be some sort of immediate

19  medical attention to address this at MDC.

20    THE COURT:  All right.  I'll issue a medical

21  memo to be sent to the MDC.

22    THE CLERK:  I'm sorry, Judge, so spinal cord

23  surgery recently?

24    THE DEFENDANT:  Yes.

25    MR. KELLEHER:  Yes.

Transcriptions Plus II, Inc.

6

Proceedings

1            THE COURT:  When?

2            THE DEFENDANT:  It was March 26th.

3            THE CLERK:  Of this year?

4            THE DEFENDANT:  Yes.

5            THE COURT:  And numbness in the lower

6   extremities.

7            THE CLERK:  In lower extremities.  Okay.

8   Anything else that I should put in the medical memo for

9   their attention?  When you get to MDC you should

10  definitely tell them right away.

11           THE DEFENDANT:  I'm incapable of bowel and

12  bladder control and require assistance with both issues

13  on a continual basis.

14           THE CLERK:  A bladder control.

15           THE DEFENDANT:  And also continual pain --

16           THE COURT:  Bladder and bowel control.

17           THE DEFENDANT:  And also continual pain which I

18  have prescriptions for.

19           THE CLERK:   Okay.  Hold on.  Bladder and bowel

20  control.  I'm sorry, what else?  I'm sorry.

21           THE DEFENDANT:  Continual pain.

22           THE COURT:  Prescription pain medication.

23           THE CLERK:  The what medication?

24           THE DEFENDANT:  Pain medication.

25           THE COURT:  Pain.

Transcriptions Plus II, Inc.

7

Proceedings

1          THE CLERK:  Oh, pain medication.  So --

2          THE DEFENDANT:  I'm constantly at an eight or a

3    nine at least in my pain level like right now or at any

4    time.

5          THE CLERK:  So you want a response by tomorrow?

6    I mean hopefully I'll get --

7          THE COURT:  I want a response by tomorrow but

8    given the hour --

9          THE CLERK:  I know.  I mean I got to get back

10   then.  Okay.  So you need pain meds.  So again, this

11   might not get to them but you should definitely tell them

12   that you're going through a nine to ten pain right at the

13   moment, you need pain meds.

14         THE DEFENDANT:  They do have my medicine with

15   me.

16         THE CLERK:  Who's they?  The agent?

17         THE DEFENDANT:  The agents, yes.

18         THE COURT:  In my experience the MDC is

19   unlikely to accept that.  They have their own dispensary

20   but --

21         THE CLERK:  Can you, Agent, can you write down

22   the names of the pain meds so I can put it on there?

23   Okay?  If you could -- okay.

24         So counsel, you need to do that.  Yeah.  And

25   then give it to me.

8

Proceedings

1           MR. KELLEHER:  Yes.

2           THE CLERK:  Like all the pain meds.

3           MR. KELLEHER:  I will do that.

4           THE CLERK:  Okay.

5           THE DEFENDANT:  Thank you.

6           THE CLERK:  Thank you.  All right.

7           THE COURT:  I direct the government to comply

8   with its obligation under *Brady v. Maryland* and its

9   progeny to disclose to the defense all information

10  whether admissible or not that is favorable to the

11  defendant that is material either to guilt or to

12  punishment and known to the government.  Possible

13  consequences for noncompliance may include dismissal of

14  individual charges or the entire case, exclusion of

15  evidence, and professional discipline or Court sanctions

16  on the attorneys responsible.

17          I'll be entering a written order more fully

18  describing this obligation and the possible consequences

19  of failing to meet it.  And I direct the prosecution to

20  review and comply with that order.  Mr. Palacio, does the

21  government confirm that it understands its obligations

22  and will fulfill them?

23          MR. PALACIO:  Yes, your Honor.

24          THE COURT:  Is there anything else that we need

25  to address?

Transcriptions Plus II, Inc.

9

                              Proceedings

1          MR. PALACIO:  No, your Honor.

2          MR. KELLEHER:  I have nothing, your Honor.

3          THE COURT:  All right.  Then this hearing has

4    concluded.  Everyone please take care and stay safe.

5          MR. PALACIO:  Thank you.

6          THE CLERK:  Thank you.

7                    (Matter concluded)

8                         -oOo-

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

10

**C   E   R   T   I   F   I   C   A   T   E**

I, MARY GRECO, hereby certify that the
foregoing transcript of the said proceedings is a true
and accurate transcript from the electronic sound-
recording of the proceedings reduced to typewriting in
the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or
employee or attorney or counsel of any of the parties,
nor a relative or employee of such attorney or counsel,
or financially interested directly or indirectly in
this action.

IN WITNESS WHEREOF, I hereunto set my hand
this **27th** day of **September**, 2022.

_Mary Greco_
Transcriptions Plus II, Inc.