

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB
F. #2022R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 10, 2022

By Hand and ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    United States v. Kara Sternquist
                Criminal Docket No. 22-473 (DLI)

Dear Judge Irizarry:

      In compliance with the Court's direction in the above-referenced case, the government has served by the attached email the Court's order that the U.S. Bureau of Prisons ("BOP") change the top-line gender classification of the defendant from male to female on BOP counsel, including Deputy Regional Counsel for the Northeast Regional Office.  Thank you for the Court's attention to this matter.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ F. Turner Buford
      F. Turner Buford
      Andy Palacio
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Allegra Glashausser, Esq. (by ECF and E-mail)