

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB
F. #2022R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 14, 2022

By Hand and ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Kara Sternquist
                   Criminal Docket No. 22-473 (DLI)

Dear Judge Irizarry:

        The government writes respectfully to inform the Court that counsel for the U.S. Bureau of Prisons ("BOP Legal") has advised the government that the defendant's top-line gender classification in the SENTRY database has been changed from male to female in compliance with the Court's November 10, 2022 order. The government understands from BOP Legal that – given the schedule upon which BOP's outward-facing website is updated – the change should be reflected in the information available there by Wednesday, November 16, 2022. Thank you for the Court's attention to this matter.

                                            Respectfully submitted,

                                            BREON PEACE
                                            United States Attorney

                By:    /s/ F. Turner Buford
                          F. Turner Buford
                          Andy Palacio
                          Assistant U.S. Attorneys
                          (718) 254-7000

cc:    Allegra Glashausser, Esq. (by ECF and E-mail)