

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB
F. #2022R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 3, 2023

By E-mail and ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    United States v. Kara Sternquist
               Criminal Docket No. 22-473 (DLI)

Dear Judge Irizarry:

      The government writes respectfully to request that the Court enter the enclosed proposed Protective Order to facilitate the production of discovery in the above-referenced case.  The government intends to produce to the defendant documents that contain personal identifying information and other personal and confidential information of third parties.  The proposed Protective Order will safeguard the privacy and confidentiality interests implicated by the production of such materials.  The undersigned has consulted with counsel for the defendant and understands that counsel has no objection to the entry of the proposed Protective Order.  Accordingly, the government respectfully requests that the Court enter the Order.  Thank you for the Court's attention to this matter.

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

                By:    /s/ F. Turner Buford
                              F. Turner Buford
                              Andrés Palacio
                              Assistant U.S. Attorneys
                              (718) 254-7000

cc:    Allegra Glashausser, Esq. (by ECF and E-mail)