

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB
F. #2022R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 15, 2023

By Email and ECF

Allegra Glashausser, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

> Re: United States v. Kara Sternquist
> Criminal Docket No. 22-473 (DLI)

Dear Allegra:

      Enclosed please find additional discovery materials in the above-referenced case. Specifically, enclosed herewith are additional documents from the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), including a report for technical examination from the ATF's Firearms Technology Criminal Branch (the ATF documents are Bates labeled STERNQUIST0000006198-STERNQUIST0000006225); returns from a search warrant executed on two Discord accounts, one of which was used by the defendant, as well as the affidavit in support of the warrant (these documents are Bates labeled STERNQUIST0000006226-STERNQUIST0000006270); and a forensic laboratory examination report from the forensic laboratory of the U.S. Postal Inspection Service (Bates labeled STERNQUIST0000006271-STERNQUIST0000006273). The government is hereby designating as "confidential" the search-warrant returns from Discord for the account of a third-party, which are contained in the

enclosed .zip file that has been Bates labeled STERNQUST0000006227.  Please let us know if you have any trouble accessing the enclosed materials.

                                                    Very truly yours,

                                                    BREON PEACE
                                                    United States Attorney

                         By:    /s/  F. Turner Buford
                                                    F. Turner Buford
                                                  Andy Palacio
                                                  Assistant U.S. Attorneys
                                                  (718) 254-7000

Enclosures

cc:     Clerk of the Court (DLI) (by ECF) (without enclosures)