

U.S. Department of Justice

United States Attorney
Eastern District of New York

FTB:AP
F. #2022R00795

271 Cadman Plaza East
Brooklyn, New York 11201

April 10, 2023

By Hand and ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re: United States v. Kara Sternquist
      Criminal Docket No. 22-473 (DLI)

Dear Judge Irizarry:

  At the Court's direction, the parties in the above-referenced case write jointly and respectfully to advise the Court that the parties are prepared to proceed with the status conference currently scheduled to take place on April 17, 2023 at 11:00 a.m.

Thank you for the Court's attention to this matter.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

       By: /s/ F. Turner Buford
            F. Turner Buford
            Andy Palacio
            Assistant U.S. Attorneys
            (718) 254-7000

cc: Allegra Glashausser, Esq. (by ECF and E-mail)