

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AP
F. #2022R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 12, 2023

By Email and ECF

Allegra Glashausser, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY  11201

    Re: United States v. Kara Sternquist
      Criminal Docket No. 22-473 (DLI)

Dear Ms. Glashausser:

   Enclosed please find additional discovery materials in the above-referenced case.  Specifically, enclosed herewith are additional documents from the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") including reports for technical examination from the ATF's Firearms Technology Criminal Branch.  Those reports are Bates stamped STERNQUIST_006451-STERNQUIST_006459.

           Very truly yours,

           BREON PEACE
           United States Attorney

      By: /s/ Andy Palacio
         Andy Palacio
         F. Turner Buford
         Assistant U.S. Attorneys
         (718) 254-7000

Enclosures

cc: Clerk of the Court (DLI) (by ECF) (without enclosures)