FTB:AP
F. #2022R00795

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | **PLEA PENALTY SHEET** |
| - against - | Cr. No. 22-473 (DLI) |
| KARA STERNQUIST, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - -X

      **This is not a plea agreement**. The government submits this plea-penalty sheet to advise the Court of the penalties the defendant faces upon pleading guilty to Count Three of the above-captioned indictment.

**COUNT THREE – Felon in Possession of a Firearm**

    I.    Statutory Penalties

        A.    Maximum term of imprisonment: 15 years
             (18 U.S.C. § 924(a)(8)).

        B.    Minimum term of imprisonment: 0 years
             (18 U.S.C. § 924(a)(8)).

        C.    Maximum supervised release term: 3 years, to follow any term of imprisonment; if a condition of release is violated, the defendant may be sentenced to up to 2 years without credit for pre-release imprisonment or time previously served on post-release supervision
             (18 U.S.C. §§ 3583 (b) & (e)).

    D.      Maximum fine: $250,000 (18 U.S.C. § 3571(b)(3)).

    E.      Restitution: None (18 U.S.C. § 3663).

    F.      $100 special assessment (18 U.S.C. § 3013).

    G.      Other penalties: Criminal forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924.

II.    Guidelines Estimate[1]

| | |
|---|---|
| Base Offense Level (U.S.S.G. § 2K2.1(a)(4)(II)) | 20 |
| Plus: 8 – 24 Firearms (U.S.S.G. § 2K2.1(b)(1)(B)) | +4 |
| Less: Acceptance of Responsibility (U.S.S.G. § 3E1.1(a), (b)) | -3 |
| Total: | 21 |

---

[1] The Guidelines calculation set forth herein is only an estimate and is not binding on the government, the Probation Department or the Court. The inclusion of a downward adjustment under § 3E1.1 in the estimate depends on the defendant's demonstrating acceptance of responsibility, through allocution and subsequent conduct, prior to the imposition of sentence.

This level carries a range of imprisonment of 46 to 57 months, as the defendant falls within Criminal History Category III.

Dated: Brooklyn, New York
December 4, 2023

                                           Respectfully submitted,

                                           BREON PEACE
                                           United States Attorney

By:    /s/ F. Turner Buford
        F. Turner Buford
        Andy Palacio
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of the Court (DLI) (by ECF)
       Allegra Glashausser, Esq. (by ECF)