

U.S. Department of Justice

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

# DECLARATION OF ADMINISTRATIVE FORFEITURE

| | |
|---|---|
| Asset ID Number: | See Attached List |
| Case Number: | 765045-23-0008 |
| Seizure Number: | 01 |
| Judicial District: | Southern District of New York |
| Seizure Date: | 09/15/2022 |
| Seizure Location: | New York, NY |

The property described above was taken into custody by the Bureau of Alcohol, Tobacco, and Firearms for civil forfeiture pursuant to Title 18, United States Code (U.S.C.), Section 924(d). Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1602-1621 and 18 U.S.C. Section 983.

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 18 U.S.C. Section 924(d), and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

| | |
|---|---|
| Signed by Patricia Lancaster via the FR application | Date: 03/24/2023 |

Senior Attorney
As delegated by the Associate Chief Counsel
Asset Forfeiture Division
Office of Chief Counsel

**Asset List for Declaration of Administrative Forfeiture**

| Asset ID | Asset Description | VIN/Account/Serial Number | Asset Value At Seizure |
|---|---|---|---|
| 22-ATF-042733 | AR-type completed PMF lower receiver with trigger/hammer assembly installed, also with AR-type upper receiver with no barrel attached | None | $100.00 |
| 22-ATF-042747 | One .22LR caliber Privately Made Firearm (PMF) made from an AR-Type lower receiver. No markings, no serial number | None | $100.00 |
| 22-ATF-042754 | One completed Privately Made Firearm Polymer 80 pistol frame. No serial number | None | $100.00 |
| 22-ATF-042755 | One silver Privately Made Firearm AR-Type lower receiver (in process of being completed) attached to a guide gig used to complete AR-Type lower receivers. No markings, no serial number | None | $100.00 |