# Federal Defenders
## OF NEW YORK, INC.

*Eastern District*
One Pierrepont Plaza, 16th Fl., Brooklyn, NY 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Eastern District of New York*
Michelle A. Gelernt
*Interim Attorney-in-Charge*

February 14, 2024

Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Kara Sternquist*, 22-cr-473

Dear Judge Irizarry:

  I am writing in response to the governments' letter regarding forfeiture dated January 24, 2024. The government requests an order of forfeiture for the gun that Ms. Sternquist pleaded guilty to possessing. Ms. Sternquist has no objection to this request.

  The government also notes that the ATF has begun an administrative forfeiture proceeding over various items listed in attachments to the government's letter. The government asserts that those proceedings have ended and that those items were "administratively forfeited" in March 2023. This appears to be an error. The ATF sent counsel paperwork dated May 2023 explaining the process to ask for a reconsideration of the initial forfeiture decision; I followed that process, sending a reply to the ATF via overnight mail that same week. The ATF has not yet responded to my letter. I have forwarded that paperwork to the government, who stated that there was an error in how the paperwork was routed, but that ATF would respond to me directly. The government, however, is not currently making any request of the Court related to the

items involved in the ATF administrative forfeiture proceeding. The defense also has no request for the Court related to these items.

    Thank you.

                                                 Respectfully Submitted,

                                                     /s/
                                              Allegra Glashausser
                                             Assistant Federal Defenders