U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BGK:CSK  *271 Cadman Plaza East*
F. #2022R00795  *Brooklyn, New York 11201*

March 4, 2024

By ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Kara Sternquist
     Criminal Docket No. 22-473 (DLI)

Dear Judge Irizarry:

  The government respectfully submits this brief letter as its reply and as directed by the Court on December 20, 2023.

  Apart from the government's pending motion for a Preliminary Order of Forfeiture regarding the firearm identified in Count Three (DE 92), the government agrees with the defendant (DE 93), that there are no outstanding forfeiture matters the Court needs to address at this time.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

      By: /s/ Claire S. Kedeshian
        Claire S. Kedeshian
        F. Turner Buford
        Andrew Polacio
        Assistant U.S. Attorneys
        (718) 254-6051/6483/6215

cc: Counsel of Record (by ECF)