**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and
Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

June 4, 2024

Brian H. Woo
United States Probation Officer
Brooklyn, New York 11201

Re: *United States v. Kara Sternquist*, 22-cr-473

Dear Officer Woo:

I have received probation's addendum to the PSR. Below is a brief response.

¶¶ 52 & 57: 

¶ 66: Probation's addendum relating to Gia Pace is not correct and appears to be a result of a misunderstanding. After receiving the addendum, I spoke to Ms. Pace, who was startled to hear that probation said she had hung up on them. She was quite confused by probation's report. There is also no connection between the timing of my email to you; I am confused what connection the addendum means to suggest. If indeed probation tried to call Ms. Pace on March 15, it is pure chance that I emailed probation that same day. I have checked my call logs; I did not communicate with Ms. Pace on March 15. I had learned about Ms. Pace's new partner and living arrangements around March 8. I then spoke with Hannah Simpson about Ms. Sternquist living with her. I did not have a chance to relay that information to probation until March 15.

In any event, Ms. Pace continues to fully support Ms. Sternquist, which she has amply demonstrated throughout this case, through appearing in court, presenting herself as a surety for Ms. Sternquist's bond, speaking with pretrial services, visiting

1

Ms. Sternquist (despite the indignities required of her to do so), calling her, and generally assisting counsel, including by gathering current contact information for some of the people who have written letters in support of Ms. Sternquist at sentencing. Ms. Pace also submitted her own letter. Her unwavering support of Ms. Sternquist cannot reasonably be questioned.

¶ 83: This paragraph should state that she worked at the Jewish Community Center through 2022 as she was still working there when she was arrested. I apologize for overlooking this typo during the PSR objection period.

                                      Respectfully submitted,

                                        /s/
Allegra Glashausser
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8739