UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA, | FINAL ORDER OF FORFEITURE |
| - against - | 22-CR-473 (DLI) |
| KARA STERNQUIST,<br>    also known as "Cara Sandiego"<br>    and "Kara Withersea," | |
|                    Defendant. | |

- - - - - - - - - - - - - - - - -X

WHEREAS, on or about December 20, 2023, Kara Sternquist, also known as "Cara Sandiego" and "Kara Withersea" (the "defendant"), entered a plea of guilty to the Count Three of the above-captioned Indictment, charging a violation of 18 U.S.C. § 922(g)(1);

WHEREAS, on March 13, 2024, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest in one black 9 millimeter pistol seized on or about September 15, 2022, in New York, New York (the "Subject Firearm"), is forfeitable to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C.§ 2461(c), as any firearm or ammunition involved in or used in the defendant's knowing violation of 18 U.S.C. § 922(g)(1), and/or a substitute asset, pursuant to 21 U.S.C. § 853(p), (Docket Entry No. 95);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning April 16, 2024, through and including May 15, 2024 (Docket Entry No. 106); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Firearm and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Subject Firearm is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Alcohol, Tobacco, & Firearms, and Explosives or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Firearm in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order, and the Final Order of Forfeiture shall be made part of the defendant's sentence and included in the judgment of conviction.

Dated:   Brooklyn, New York
         June 26                    , 2024

                              SO ORDERED:

                              *Dora L. Irizarry*
                              HONORABLE DORA L. IRIZARRY
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK