

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AES/DCP:FTB/AP
F. #2022R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 28, 2024

By ECF and Hand Delivery

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Kara Sternquist
      Criminal Docket No. 22-473 (DLI)

Dear Judge Irizarry:

   The government respectfully submits this letter as a follow up to the letter it submitted earlier today regarding the defendant's status at the Nursing Home. The government has been informed by the Bureau of Prisons ("BOP") that the defendant will not be moved from the Nursing Home before Monday, July 1, 2024, and that the BOP is in the process of identifying an alternate facility to which the defendant can be transferred. The government will provide a further update on Monday, July 1, 2024.

              Respectfully submitted,

              BREON PEACE
              United States Attorney

          By:  /s/ F. Turner Buford
              F. Turner Buford
              Andy Palacio
              Assistant U.S. Attorneys
              (718) 254-6483

cc: Clerk of the Court (DLI) (by ECF and Hand Delivery)
   Allegra Glashausser, Counsel for the Defendant (by ECF)