

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AES/DCP:FTB/AP
F. #2022R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 1, 2024

By ECF and Hand Delivery

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Kara Sternquist
           Criminal Docket No. 22-473 (DLI)

Dear Judge Irizarry:

      The government writes to follow up on its filings on Friday, June 28th, about the defendant's status at the Nursing Home. The BOP has advised the government that the defendant will not be moved from the Nursing Home today. The BOP is in the process of working on a new placement for the defendant and is aware of the need to provide the Court and the parties with as much advance notice about a new placement as possible. As soon as the government gets additional information about that new placement, we will provide a further update to the Court.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ F. Turner Buford
      F. Turner Buford
      Andy Palacio
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of the Court (DLI) (by ECF and Hand Delivery)
      Allegra Glashausser, Counsel for the Defendant (by ECF)