

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AP
F. #2022R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 16, 2024

<u>By Hand Delivery</u>

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Kara Sternquist
               <u>Criminal Docket No. 22-473 (DLI)</u>

Dear Judge Irizarry:

      The government writes to notify the Court that it has served the Court's order issued on July 16, 2024 to the legal bureau of the Bureau of Prisons, via email, on July 16, 2024 at 10:56 a.m.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   <u>/s/ Andy Palacio</u>
      F. Turner Buford
      Andy Palacio
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Allegra Glashausser, Esq. (by E-mail)