# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
### Eastern District of New York

_____

**UNITED STATES OF AMERICA**                                  Docket Number: **22-CR-473-DLI**

-v-                                                           District Court Judge: **Honorable Dora L. Irizarry**

**KARA STERNQUIST,**
                 Defendant.

_____

Notice is hereby given that **KARA STERNQUIST** appeals to the United States Court of Appeals for the Second Circuit from the:

- ☒ Judgment
- ☐ Order
- ☐ Other: _____  entered in this action on **8/02/2024**

Offense occurred after November 1, 1987: ☒ Yes    The appeal concerns: ☐ Conviction Only
                                                       ☐ No                              ☐ Sentence Only
                                                                                          ☒ Conviction and Sentence

DATE:   **August 6, 2024**

TO:   **AUSA Turner Buford, Esq.**                           **BARRY D. LEIWANT, ESQ.**
                                                              **Counsel for Appellant**
FROM:  **Kara Sternquist**                                    **FEDERAL DEFENDERS OF NEW YORK, INC.**
            Reg. No. **44404-061**                              52 Duane Street - 10th Floor
                                                     New York, NY 10007
          **Allegra Glashausser, Esq.**                        (212) 417-8700
          *Of Counsel*

---

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ►QUESTIONNAIRE | ►TRANSCRIPT ORDER ►DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPTS IS REQUIRED (INCLUDE DATE) |
| ☒ I am ordering a transcript<br>☐ I am not ordering a transcript<br>REASON:<br>☐ Daily copy is available<br>☐ U. S. Attorney has placed order<br>☐ Other: (Attach explanation) | ☒ Change of Plea Hearing:   **12-20-23**<br>☐ Trial:<br>☒ Sentencing Hearing(s):   **8-02-2024**<br>☐ Post-trial proceedings**:** |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b))  ► Method of payment  ☐ Funds   ☐ CJA Form 24   ☒ **Federal Defenders of New York, Inc.**

Attorney's Signature:
*Allegra Glashausser/bp*                                    Date:   **August 6, 2024**

►COURT REPORTER ACKNOWLEDGMENT-To be completed by Court Reporter and forward to Court of Appeals.

| Date order received: | Estimated Completion Date: | Estimated # of Pages: |
|---|---|---|
|  |  |  |

Date _____          Signature_____
                                                                                                                (Court Reporter)